CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Marie Pablo**<br>DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05259MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about July 19, 2026, in the District of Arizona, **Marie Pablo**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Jesus Alberto Rubio-Quinonez and Blanca Elia Hernandez-Garcia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 19, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) were advised camera operators had observed a vehicle driving suspiciously around the village of New Miguel in Sells, Arizona. The driver of the vehicle had been slowly driving through the village and making several U-turns before proceeding to pull into a residence at the far west end of the community. These driving patterns are often observed by drivers engaged in smuggling activities on the Tohono O'odham Indian Reservation (TON). This is typically due to a lack of familiarity with the area and poor cell connection on the reservation. This will often leave drivers circling the area they were dispatched to in an attempt to reacquire GPS connection or contact the coordinator for further guidance. The property in which BPAs observed the vehicle pull in to is known to be vacant and frequently used by alien smuggling organizations (ASOs) as a stash house. Aliens will be instructed to hide in or around this property until a driver arrives to transport them to a destination determined by the ASO. This is an ideal location for ASOs due to its close proximity to the International Border Fence (IBF), which is approximately 6 miles south, and the ease of access to FR 19, while also out of view from regular vehicle traffic and law enforcement monitoring the roadway. A short while later, BPAs had visual of one subject approaching the vehicle from behind the property. BPAs' view was partially blocked by brush in the area, but they were able to see that the passenger door had been opened, and three additional subjects were approaching the vehicle. BPAs were not able to see if those subjects proceeded to enter the vehicle but believed they had due to not being able to see anyone left behind as the vehicle pulled away. BPAs encountered the vehicle approaching the entrance of New Miguel. Camera operators confirmed this was the vehicle they were watching. The vehicle proceeded northbound a short while later.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jesus Alberto Rubio-Quinonez and Blanca Elia Hernandez-Garcia

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 20, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-05259MJ

As BPAs followed the vehicle, the driver began traveling at speeds below the posted speed limit and began to drift towards the center line. Record checks of the vehicle license plate revealed the vehicle was registered to an address on FR 19. The driver began to dramatically decrease the vehicle speed and appeared as if they may attempt to turn into the village of South Komelic. Knowing this was not the community in which the registered owner resides and reasonable suspicion the driver had just picked up suspected illegal aliens from a known stash house, BPAs initiated a vehicle stop just north of mile marker 12 on FR 19. BPAs approached the vehicle and made contact with the driver, identified as **Marie Pablo,** a United States citizen. BPAs noticed there was another female in the passenger seat and what appeared to be excess clothing sprawled out across the limited open space in the cab of the truck. After the driver rolled down the other vehicle windows, BPAs could see a subject attempting to conceal themselves. After BPAs had the subjects exit the vehicle, two additional subjects were found concealed behind the seats of the single cab truck. BPAs performed an immigration inspection of the subjects. All of the subjects admitted to being citizens of Mexico, present in the United States illegally. Record checks revealed none of the subjects were in possession of the proper documentation to enter, pass through, or remain in the United States. Two of the subjects were later identified as Jesus Alberto Rubio-Quinonez and Blanca Elia Hernandez-Garcia.

Material witness Hernandez-Garcia stated she is a citizen of Mexico. She met a group of people who shared a phone number to contact a person named "La Gabby," who facilitated and made arrangements for her smuggling operation. “La Gabby” was going to provide her with an account number to transfer the $10,000 USD she was required to pay to be smuggled to Chicago. She crossed the U.S./Mexico border on Sunday, July 19, 2026, at approximately 6:30 a.m. She and her brother both successfully crossed the U.S./Mexico border into flat, dirt terrain, and she was able to observe mountains directly in front of her. They had a guide who was communicating with them via “WhatsApp”. They walked for approximately eight hours until they arrived close to a cemetery and regrouped with another two individuals, one of which was Rubio-Quinonez. They were waiting for their pickup ride for approximately three hours. Rubio-Quinonez was talking to the smuggler and let the smuggler know of their location and arranged the pickup location. She was able to hear the smuggler telling Rubio-Quinonez the description of the vehicle. The truck stopped at their location and all four individuals entered the vehicle. The female driver was speaking English and making hand gestures as if telling them to get in the vehicle quickly. Upon entering the vehicle, she sat next to the driver in the passenger seat and was not wearing a seat belt. She noted that only one person, the driver, was inside before they entered. She described the driver as a female, short, robust, wearing black jeans, and having short hair. She believed the driver knew they were illegally in the U.S.

Material witness Rubio-Quinonez stated he is a citizen of Mexico. He arranged his travel independently and obtained a telephone number from an unknown individual in Sinaloa, who assisted in coordinating his travel. He was going to pay $10,000 USD to be smuggled into the United States once he arrived at his destination. He crossed the US/Mexico border alone on July 19, 2026, at approximately 1:00 a.m., traversing a dirt terrain. He does not recognize the official US/Mexico border where he crossed. After crossing, he met with a group of three individuals at approximately 7:00 a.m., on July 19, 2026. A guide coordinated their movements via “WhatsApp” and phone calls. The group waited approximately three hours for transportation, as instructed by an unknown person on the phone, for a grey RAM pick-up truck to arrive at their location. He did not recall the exact location. The vehicle arrived at approximately 3:30 p.m., and the group walked approximately 5-6 meters to reach the pickup truck. The vehicle was driven by a female driver, with a male passenger in the front seat. Upon entering the vehicle, Rubio-Quinonez sat behind the driver. One subject sat on the floorboard, and another sat to his right. He noted that the driver spoke English, which he did not understand. He was covered with a blanket in the back seat and does not know how Border Patrol Agents detected them. He further stated he was unaware of the amount to be paid to the driver or their intended destination.